Matthew A. Haltzman, WY #7-5460
Haltzman Law Firm, PC
204 Maple Street, Suite 101
Fort Collins, CO 80521
Telephone: (970) 692-3440

Kylie M. Schmidt, WY #8-6993
OGBORN MIHM LLP
1700 Lincoln Street, Suite 2700
Denver, CO 80203
Telephone: (303) 592-5900

**UNITED STATES DISTRICT COURT**
**for the**
**DISTRICT OF WYOMING**

| | |
|---|---|
| J.D. b/n/f EMILY DEJESUS and ISHMAEL DEJESUS,<br><br>                Plaintiff,<br>vs.<br><br>LARAMIE COUNTY SHERIFF'S OFFICE, a Division of Laramie County, and BENJAMIN JACQUOT, in his official and individual capacities as a Deputy Sheriff of the Laramie County Sheriff's Office,<br><br>                Defendants. | )<br>)<br>)<br>)<br>)  Civil Action No. 23-cv-00225<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF CLAYTON E. WIRE IN SUPPORT OF MOTION FOR PRO HAC VICE APPEARANCE**

I, Clayton E. Wire, hereby declare as follows:

1. I am an attorney with Ogborn Mihm, LLP. My office address is 1700 Lincoln Street, Suite 2700, Denver, Colorado 80203. My telephone number is (303) 592-5900 and my email address is Clayton.Wire@OMTrial.com.

2. I am a member in good standing of the State Bar of Colorado, admitted 12/1/2009, the U.S. District Court for the District of Colorado, admitted 6/14/2010, the State Bar of California, admitted 6/17/2019, and the U.S. Court of Appeals for the Tenth Circuit, admitted 4/4/2012.

3. I am not the subject of disciplinary proceedings pending in any jurisdiction in which I am a member of the bar. I have not been the subject of any past public sanctions in any jurisdiction in which I am a member of the bar.

4. I will comply with and be bound by the Local Rules of the United States District Court for the District of Wyoming.

5. I acknowledge that local counsel is required to be fully prepared to represent the client at any time, in any capacity.

6. I submit to and am subject the disciplinary jurisdiction of the Court for any alleged misconduct arising in the course of preparation and representation in the proceedings.

Respectfully submitted this 28th day of November, 2023.

**OGBORN MIHM LLP**

*/s/ Clayton E. Wire*
Clayton E. Wire
Colorado Atty. Reg. 41717
OGBORN MIHM, LLP
1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
Phone Number: (303) 592-5900
E-mail: Clayton.Wire@OMTrial.com
*Attorneys for Plaintiffs*