Matthew A. Haltzman, WY #7-5460
Haltzman Law Firm, PC
204 Maple Street, Suite 101
Fort Collins, CO 80521
Telephone: (970) 692-3440

Kylie M. Schmidt, WY #8-6993
Clayton E. Wire, *pro hac vice*
OGBORN MIHM LLP
1700 Lincoln Street, Suite 2700
Denver, CO 80203
Telephone: (303) 592-5900

# UNITED STATES DISTRICT COURT
# for the
# DISTRICT OF WYOMING

| | |
|---|---|
| J.D. b/n/f EMILY DEJESUS and ISHMAEL DEJESUS, | )<br>)<br>) |
| Plaintiff, | ) |
| vs. | ) Civil Action No. 23-cv-225-KHR |
| LARAMIE COUNTY SHERIFF'S OFFICE, a Division of Laramie County, and BENJAMIN JACQUOT, in his official and individual capacities as a Deputy Sheriff of the Laramie County Sheriff's Office, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## MOTION FOR PRO HAC VICE APPEARANCE OF ATTORNEY PETER A. MCCLENAHAN

Plaintiff, J.D., b/n/f Emily DeJesus and Ishmael DeJesus, through his undersigned counsel, Kylie M. Schmidt of Ogborn Mihm, LLP, submits his Motion for *Pro Hac Vice* Appearance of Attorney Peter A. McClenahan as follows:

1. Undersigned counsel moves the Court to grant the *pro hac vice* appearance of attorney Peter A. McClenahan in the above-entitled action on behalf of Plaintiff, J.D., b/n/f Emily DeJesus and Ishmael DeJesus, in accordance with the provisions of Rule 84.2(b) of the Local Rules of the United States District Court for the District of Wyoming.

2. Mr. McClenahan is an attorney with Ogborn Mihm, LLP, whose office address is 1700 Lincoln Street, Suite 2700, Denver, Colorado 80203, email address is [Peter.McClenahan@OMTrial.com](mailto:Peter.McClenahan@OMTrial.com), and telephone number is (303) 592-5900.

3. Undersigned counsel is a member in good standing of the Bar of the State of Wyoming and the Bar of this Court.

4. Undersigned counsel vouches, to the best of her knowledge and belief, for the good moral character and veracity of Mr. McClenahan.

5. Undersigned counsel shall be fully prepared to represent the client at any time, in any capacity.

**WHEREFORE**, Plaintiff, J.D., b/n/f Emily DeJesus and Ishmael DeJesus, respectfully requests this honorable Court grant the *pro hac vice* appearance of attorney Peter A. McClenahan.

Respectfully submitted this 30th day of November, 2023.

**OGBORN MIHM LLP**

*/s/Kylie M. Schmidt*
Kylie M. Schmidt, WY # 8-6993
Clayton E. Wire, *pro hac vice*
OGBORN MIHM, LLP
1700 Lincoln Street, Suite 2700
Denver, Colorado 80203
Phone Number: (303) 592-5900
E-mail: Kylie.Schmidt@OMTrial.com
Clayton.Wire@OMTrial.com

Matthew Haltzman, WY # 7-5460
Haltzman Law Firm PC
204 Maple Street | Suite 101
Fort Collins, Colorado 80521
Phone Number: (970) 692-3440
Email: matthew@haltzmanlaw.com
*Attorneys for Plaintiffs*