

**FILED**

1:16 pm, 10/2/24

**Margaret Botkins**
**Clerk of Court**

Matthew A. Haltzman, WY #7-5460
Haltzman Law Firm, PC
204 Maple Street, Suite 101
Fort Collins, CO 80521
Telephone: (970) 692-3440

Kylie M. Schmidt, WY #8-6993
Clayton E. Wire, *pro hac vice*
Peter A. McClenahan, *pro hac vice*
OGBORN MIHM LLP
1700 Lincoln Street, Suite 2700
Denver, CO 80203
Telephone: (303) 592-5900

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| J.D. b/n/f EMILY DEJESUS and ISHMAEL DEJESUS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) Civil Action No. 23-cv-225-KHR ) |
| LARAMIE COUNTY SHERIFF'S OFFICE, a Division of Laramie County, and BENJAMIN JACQUOT, in his official and individual capacities as a Deputy Sheriff of the Laramie County Sheriff's Office, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND DEADLINE TO FILE FOR DISMISSAL

THIS MATTER is before the Court on Plaintiff's *Unopposed Motion to Extend Deadline to File for Dismissal*. The current deadline requires the parties to file their Dismissal Pleadings on or before October 6, 2024. Plaintiff requests an additional thirty days. The Motion being unopposed, and Plaintiff having established good cause for an extension under Rule 6(b), the Motion is hereby GRANTED.

NOW THEREFORE, IT IS ORDERED that the parties' deadline to file Dismissal Pleadings is extended by thirty days until November 6, 2024.

Dated this 2nd day of October, 2024.

_____
Kelly H. Rankin
United States District Judge